**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   KENNETH L HUNT                      §
         KIM HUNT                            §   Case No.: 10-34972
                                             §
                                             §
                                             §
                                             §
         Debtor(s)                           §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/04/2010.

2) This case was confirmed on 01/24/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/18/2011.

5) The case was dismissed on 11/21/2011.

6) Number of months from filing to the last payment: 15

7) Number of months case was pending: 19

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   43,400.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 7,561.92 |
| Less amount refunded to debtor | $ 504.23 |
| **NET RECEIPTS** | $ 7,057.69 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,000.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 391.15 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,391.15 |
| Attorney fees paid and disclosed by debtor | $ 1,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WORLD FINANCIAL NETW | UNSECURED | 564.00 | 564.82 | 564.82 | .00 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | NA | .00 | .00 | .00 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | NA | 1,288.03 | 1,288.03 | .00 | .00 |
| CITIMORTGAGE INC | SECURED | 40,561.80 | 40,364.96 | .00 | .00 | .00 |
| CITIMORTGAGE INC | SECURED | NA | 1,449.39 | .00 | .00 | .00 |
| CITIMORTGAGE INC | OTHER | NA | NA | NA | .00 | .00 |
| CITIMORTGAGE INC | UNSECURED | 40,561.80 | .00 | 41,814.35 | .00 | .00 |
| CITIMORTGAGE | OTHER | .00 | NA | NA | .00 | .00 |
| CITICORP MORTGAGE IN | OTHER | .00 | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | 110,000.00 | 117,407.06 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | UNSECURED | 13,390.00 | NA | NA | .00 | .00 |
| CHASE MANHATTAN MORT | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE HOME FINANCE L | OTHER | .00 | NA | NA | .00 | .00 |
| CITIFINANCIAL MORTGA | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 3,539.73 | 2,715.23 | 2,715.23 | .00 | .00 |
| ST MARGARET MERCY | UNSECURED | 485.00 | 2,081.90 | 2,081.90 | .00 | .00 |
| ACCOUNT RECOVERY SER | OTHER | .00 | NA | NA | .00 | .00 |
| ACCOUNT RECOVERY | OTHER | .00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY | UNSECURED | 253.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY | UNSECURED | 91.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 3,298.00 | 3,298.41 | 3,298.41 | .00 | .00 |
| AMERICAN EXPRESS | OTHER | .00 | NA | NA | .00 | .00 |
| APRIA HEALTHCARE INC | UNSECURED | 157.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| APRIA HEALTHCARE | OTHER | .00 | NA | NA | .00 | .00 |
| BARCLAYS BANK DELAWA | UNSECURED | 49.00 | NA | NA | .00 | .00 |
| BARCLAYS BANK DELAWA | OTHER | .00 | NA | NA | .00 | .00 |
| BILL ME LATER | UNSECURED | 398.53 | NA | NA | .00 | .00 |
| BILL ME LATER | OTHER | .00 | NA | NA | .00 | .00 |
| CANDICA LLC | UNSECURED | 920.00 | 920.72 | 920.72 | .00 | .00 |
| CAPITAL ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE NA | OTHER | .00 | NA | NA | .00 | .00 |
| CENTRAL CREDIT UNION | UNSECURED | 2,150.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 976.00 | 976.43 | 976.43 | .00 | .00 |
| CHASE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 4,756.00 | 4,656.50 | 4,656.50 | .00 | .00 |
| CHASE | OTHER | .00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 1,180.00 | NA | NA | .00 | .00 |
| CITIBANK | OTHER | .00 | NA | NA | .00 | .00 |
| COMMUNITY HOSPITAL P | UNSECURED | 1,380.76 | NA | NA | .00 | .00 |
| COMMUNITY HOSPITAL P | UNSECURED | 1,759.66 | NA | NA | .00 | .00 |
| COMMUNITY HOSPITAL P | UNSECURED | 18.20 | NA | NA | .00 | .00 |
| SULLIVAN URGENT AID | UNSECURED | 113.00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| PATHOLOGY ASSOCIATES | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| PATHOLOGY ASSOCIATES | UNSECURED | 134.00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 473.00 | 473.99 | 473.99 | .00 | .00 |
| EXXMBLCITI | UNSECURED | 473.00 | NA | NA | .00 | .00 |
| EXXONMOBILE CITI | OTHER | .00 | NA | NA | .00 | .00 |
| EXXONMOBILE CITI | OTHER | .00 | NA | NA | .00 | .00 |
| NICOR | UNSECURED | 660.00 | NA | NA | .00 | .00 |
| FIRST REVENUE ASSURA | OTHER | .00 | NA | NA | .00 | .00 |
| GE MONEY BANK | UNSECURED | 1,782.00 | 1,782.55 | 1,782.55 | .00 | .00 |
| GEMB GAP | OTHER | .00 | NA | NA | .00 | .00 |
| GEMB GAP | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,127.00 | 1,127.44 | 1,127.44 | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 920.25 | NA | NA | .00 | .00 |
| LAKE IMAGING LLC | UNSECURED | 66.00 | 95.12 | 95.12 | .00 | .00 |
| LAKE IMAGING LLC | UNSECURED | 86.00 | 172.00 | 172.00 | .00 | .00 |
| KOMYATTASSOC | OTHER | .00 | NA | NA | .00 | .00 |
| LAKE IMAGING | UNSECURED | 86.00 | NA | NA | .00 | .00 |
| COMMUNITY HOSPITAL | UNSECURED | 209.27 | NA | NA | .00 | .00 |
| HASSAN ALSHEIK MD | UNSECURED | 120.60 | 534.75 | 534.75 | .00 | .00 |
| COMMUNITY HOSPITAL A | UNSECURED | 226.98 | NA | NA | .00 | .00 |
| LANE BRYANT | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LANE BRYANT | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 975.00 | 980.24 | 980.24 | .00 | .00 |
| LVNV FUNDING | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | OTHER | .00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 5,165.00 | 5,174.59 | 5,174.59 | .00 | .00 |
| MIDLAND CREDIT MGMT | OTHER | .00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | OTHER | .00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 3,438.00 | 3,437.66 | 3,437.66 | .00 | .00 |
| MCM DEPT 12421 | OTHER | .00 | NA | NA | .00 | .00 |
| MCM | OTHER | .00 | NA | NA | .00 | .00 |
| MIRAMED REVENUE GROU | UNSECURED | 1,255.00 | NA | NA | .00 | .00 |
| MIRAMED REVENUE GROU | OTHER | .00 | NA | NA | .00 | .00 |
| MIRAMED REVENUE GROU | OTHER | .00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY | UNSECURED | 262.00 | NA | NA | .00 | .00 |
| MIRAMED REVENUE GROU | OTHER | .00 | NA | NA | .00 | .00 |
| MIRAMED REVENUE GROU | OTHER | .00 | NA | NA | .00 | .00 |
| MIRAMED REVENUE GROU | UNSECURED | 355.78 | NA | NA | .00 | .00 |
| MIRA MED | UNSECURED | 1,254.63 | NA | NA | .00 | .00 |
| MIRAMED REVENUE GROU | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| MIRAMED REVENUE GROU | UNSECURED | 827.27 | NA | NA | .00 | .00 |
| MUNSTER MEDICAL RESE | UNSECURED | 29.96 | 3,800.16 | 3,800.16 | .00 | .00 |
| WFNNB | UNSECURED | 598.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | OTHER | .00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| NORTH SHORE AGENCY | UNSECURED | 85.60 | NA | NA | .00 | .00 |
| NORTHLAND GROUP | UNSECURED | 10,486.93 | NA | NA | .00 | .00 |
| OREK DIRECT | UNSECURED | 917.00 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA NA | UNSECURED | 1,138.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | OTHER | .00 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING CO | UNSECURED | 18.25 | NA | NA | .00 | .00 |
| RETAIL SERVICES | UNSECURED | .00 | NA | NA | .00 | .00 |
| SOURCE RECEIVABLES M | UNSECURED | 579.07 | NA | NA | .00 | .00 |
| SOURCE RECEIVABLES M | OTHER | .00 | NA | NA | .00 | .00 |
| SOURCE RECEIVABLES M | UNSECURED | .00 | NA | NA | .00 | .00 |
| SOURCE RECEIVABLES M | OTHER | .00 | NA | NA | .00 | .00 |
| SOURCE RECEIVABLES M | OTHER | .00 | NA | NA | .00 | .00 |
| SULLIVAN URGENT AID | UNSECURED | 290.00 | NA | NA | .00 | .00 |
| THE COMPANY CORPORAT | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| NORTH COUNTY EMERGEN | UNSECURED | 194.00 | NA | NA | .00 | .00 |
| WFCB/HSN | UNSECURED | 331.00 | NA | NA | .00 | .00 |
| WORLD FOREMOST BANK | OTHER | .00 | NA | NA | .00 | .00 |
| WFCB/HSN | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| WFNNB/HSN | OTHER | .00 | NA | NA | .00 | .00 |
| WFFNNB/ LANE BRYANT | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFNNB | UNSECURED | 1,288.00 | NA | NA | .00 | .00 |
| WFNNB/JESSICA LONDON | UNSECURED | 145.00 | NA | NA | .00 | .00 |
| WFNNB | OTHER | .00 | NA | NA | .00 | .00 |
| WFNNB LANE BRYANT | OTHER | .00 | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | .00 | 23,438.40 | 23,833.40 | 4,666.54 | .00 |
| ACCOUNTS RECOVERY BU | UNSECURED | NA | 853.59 | 853.59 | .00 | .00 |
| NCO PORTFOLIO MGMT | UNSECURED | NA | 575.29 | 575.29 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 252.37 | 252.37 | .00 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | NA | 331.43 | 331.43 | .00 | .00 |
| CHASE HOME FINANCE L | OTHER | NA | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | NA | 10,486.93 | 10,486.93 | .00 | .00 |
| MUNSTER MEDICAL RESE | UNSECURED | NA | .00 | 3,736.75 | .00 | .00 |
| WELLS FARGO BANK | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 23,833.40 | 4,666.54 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 23,833.40 | 4,666.54 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 2,715.23 | .00 | .00 |
| **TOTAL PRIORITY:** | 2,715.23 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 89,416.02 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,391.15 |
| Disbursements to Creditors | $ | 4,666.54 |
| **TOTAL DISBURSEMENTS:** | $ | 7,057.69 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   03/05/2012                                            /s/ Tom  Vaughn
                                                               Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**